

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2014

No. 04-14-00594-CV

**CITY OF HOLLYWOOD PARK**,
Appellant

v.

**PREFERRED HOSPITALITY, LTD.**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-07343
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

This is an accelerated appeal. Appellant's brief was due on October 28, 2014. Neither the brief nor a motion for extension of time has been filed. We, therefore, ORDER appellant to file, on or before December 1, 2014, its appellant's brief and a written response reasonably explaining (1) its failure to timely file the brief and (2) why appellee is not significantly injured by its failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a); *see also* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court